SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

SHAUNA MCKENZIE-MORRIS AND FREEMIND MUSIC LLC,

        Plaintiff,

-against-

V.P. RECORDS RETAIL OUTLET, INC., V.P. MUSIC GROUP, INC., V.P. RECORD DISTRUBTORS, LLC, V.P. RECORDS OF BROOKLYN LLC, GREENSLEEVES PUBLISHING, LTD AND STB MUSIC INC.,

        Defendants.

**Affidavit of Service**

**Index No.: 650121/2022**

---

STATE OF NEW YORK    )
                              )SS.:
COUNTY OF ALBANY    )

      **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in the state of New York;

      On January 11, 2022 at 2:52 p.m. I served a SUMMONS and COMPLAINT, on Defendant. V.P. RECORDS RETAIL OUTLET, INC., by personally delivering to and leaving with COLLEEN BANAHAN, a white female approximately 45 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 306 of the Business Corporation Law of the State of New York.

      That deponent personally knew said COLLEEN BANAHAN to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

                                                                Austin Taylor

Sworn before me this
12th day of January, 2022

Notary Public

Christopher E. Neumeister
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

SHAUNA MCKENZIE-MORRIS AND FREEMIND MUSIC LLC,

                                      Plaintiff,      **Affidavit of Service**

                -against-

                                                          **Index No.: 650121/2022**

V.P. RECORDS RETAIL OUTLET, INC., V.P. MUSIC GROUP, INC., V.P. RECORD DISTRUBTORS, LLC, V.P. RECORDS OF BROOKLYN LLC, GREENSLEEVES PUBLISHING, LTD AND STB MUSIC INC.,

                                      Defendants.

---

STATE OF NEW YORK    )
                                )SS.:
COUNTY OF ALBANY    )

      **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in the state of New York;

      On January 11, 2022 at 2:52 p.m. I served a SUMMONS and COMPLAINT, on Defendant. STB MUSIC INC., by personally delivering to and leaving with COLLEEN BANAHAN, a white female approximately 45 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 306 of the Business Corporation Law of the State of New York.

      That deponent personally knew said COLLEEN BANAHAN to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

                                                                                _____
                                                                                Austin Taylor

Sworn before me this
12th day of January, 2022

_____
Notary Public

Christopher E. Neumeister
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

SHAUNA MCKENZIE-MORRIS AND FREEMIND MUSIC LLC,

                  Plaintiff,

-against-

V.P. RECORDS RETAIL OUTLET, INC., V.P. MUSIC GROUP, INC., V.P. RECORD DISTRUBTORS, LLC, V.P. RECORDS OF BROOKLYN LLC, GREENSLEEVES PUBLISHING, LTD AND STB MUSIC INC.,

                  Defendants.

**Affidavit of Service**

**Index No.: 650121/2022**

---

STATE OF NEW YORK )
                    )SS.:
COUNTY OF ALBANY )

      **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in the state of New York;

      On January 11, 2022 at 2:52 p.m. I served a SUMMONS and COMPLAINT, on Defendant. GREENSLEEVES PUBLISHING, LTD, by personally delivering to and leaving with COLLEEN BANAHAN, a white female approximately 45 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 307 of the Business Corporation Law of the State of New York for Unauthorized Foreign Entities.

      That deponent personally knew said COLLEEN BANAHAN to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

      On January 11, 2022, I served a SUMMONS and COMPLAINT, on Defendant, GREENSLEEVES PUBLISHING, LTD, by sending via Registered Mail, with Return Receipt, to GREENSLEEVES PUBLISHING, LTD, 89-05 138th St., Jamaica, NY 11435, pursuant to section §307 of the Business Corporation Law of New York State for service upon Unauthorized Foreign Entities.

      Registered Mail No. RF623158912US; Return Receipt No. 9590 9402 6645 1060 9981 81.

                                                                                  Austin Taylor

Sworn before me this
12th day of January, 2022

_____
Notary Public

Christopher E. Neumeister
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024



Registered No. RF623158913US

Date Stamp
0084
17

*To Be Completed By Post Office*

| | |
|---|---|
| Postage $ $1.96 | Extra Services & Fees *(continued)* |
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ $13.75 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt *(hardcopy)* $ $3.05 | |
| ☐ Return Receipt *(electronic)* $ $0.00 | |
| ☐ Restricted Delivery $ $0.00 | **Total Postage & Fees** $ $18.76 |
| Customer Must Declare Full Value $0.00 $ | Received by 01/11/2022 |

Domestic Insurance up to $50,000 is included based upon the **declared value.** International Indemnity is limited. (See Reverse).

OFFICIAL USE

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

FROM: GUILDERLAND, NY 12084
582-12084

TO: Greensleeves Publishing LTD
89 [illegible] St.
Jamaica NY 11435

PS Form **3806, Registered Mail Receipt**, April 2015, PSN 7530-02-000-9051
*Copy 1 - Customer*
*(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

SHAUNA MCKENZIE-MORRIS AND FREEMIND MUSIC LLC,

                    Plaintiff,

-against-

V.P. RECORDS RETAIL OUTLET, INC., V.P. MUSIC GROUP, INC., V.P. RECORD DISTRUBTORS, LLC, V.P. RECORDS OF BROOKLYN LLC, GREENSLEEVES PUBLISHING, LTD AND STB MUSIC INC.,

                    Defendants.

**Affidavit of Service**

**Index No.: 650121/2022**

---

STATE OF NEW YORK    )
                               )SS.:
COUNTY OF ALBANY    )

      **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in the state of New York;

      On January 11, 2022 at 2:52 p.m. I served a SUMMONS and COMPLAINT, on Defendant. V.P. RECORDS OF BROOKLYN LLC, by personally delivering to and leaving with COLLEEN BANAHAN, a white female approximately 45 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 303 of the Limited Liability Company Law of the State of New York.

      That deponent personally knew said COLLEEN BANAHAN to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

                                                _____
                                                Austin Taylor

Sworn before me this
12th day of January, 2022

_____
Notary Public

Christopher E. Neumeister
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

SHAUNA MCKENZIE-MORRIS AND FREEMIND MUSIC LLC,

                                  Plaintiff,

-against-

V.P. RECORDS RETAIL OUTLET, INC., V.P. MUSIC GROUP, INC., V.P. RECORD DISTRUBTORS, LLC, V.P. RECORDS OF BROOKLYN LLC, GREENSLEEVES PUBLISHING, LTD AND STB MUSIC INC.,

                                  Defendants.

**Affidavit of Service**

**Index No.: 650121/2022**

---

STATE OF NEW YORK    )
                           )SS.:
COUNTY OF ALBANY    )

      **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in the state of New York;

      On January 11, 2022 at 2:52 p.m. I served a SUMMONS and COMPLAINT, on Defendant. V.P. RECORD DISTRUBTORS, LLC, by personally delivering to and leaving with COLLEEN BANAHAN, a white female approximately 45 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 303 of the Limited Liability Company Law of the State of New York.

      That deponent personally knew said COLLEEN BANAHAN to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

                                                                 Austin Taylor

Sworn before me this
12th day of January, 2022

Notary Public

Christopher E. Neumeister
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

SHAUNA MCKENZIE-MORRIS AND FREEMIND MUSIC LLC,

                           Plaintiff,

-against-

V.P. RECORDS RETAIL OUTLET, INC., V.P. MUSIC GROUP, INC., V.P. RECORD DISTRUBTORS, LLC, V.P. RECORDS OF BROOKLYN LLC, GREENSLEEVES PUBLISHING, LTD AND STB MUSIC INC.,

                           Defendants.

**Affidavit of Service**

**Index No.: 650121/2022**

---

STATE OF NEW YORK    )
                              )SS.:
COUNTY OF ALBANY    )

      **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in the state of New York;

      On January 11, 2022 at 2:52 p.m. I served a SUMMONS and COMPLAINT, on Defendant. V.P. MUSIC GROUP, INC., by personally delivering to and leaving with COLLEEN BANAHAN, a white female approximately 45 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 306 of the Business Corporation Law of the State of New York.

      That deponent personally knew said COLLEEN BANAHAN to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

                                                                  Austin Taylor

Sworn before me this
12th day of January, 2022

_____
Notary Public

Christopher E. Neumeister
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024