SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| SHAUNA MCKENZIE-MORRIS and FREEMIND MUSIC LLC,<br><br>                       Plaintiffs,<br><br>v.<br><br>V.P. RECORDS RETAIL OUTLET, INC., V.P. MUSIC GROUP, INC., V.P. RECORD DISTRIBUTORS, LLC, V.P. RECORDS OF BROOKLYN LLC, GREENSLEEVES PUBLISHING, LTD and STB MUSIC INC.<br><br>                       Defendants. | Index No.: 650121/2022<br><br>**NOTICE OF FILING**<br>**OF NOTICE OF REMOVAL** |

TO:    CLERK, SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY

        -and-

Celeste N. McCaw, Esq.
MIAMI ENTERTAINMENT LAW GROUP
44 Court Street, Suite 1217
Brooklyn, New York 11201
*Counsel for Plaintiff*

**PLEASE TAKE NOTICE** that on February 9, 2022, Defendants V.P. Records Retail Outlet, Inc., V.P. Music Group, Inc., V.P. Record Distributors, LLC, V.P. Records Of Brooklyn LLC, Greensleeves Publishing, Ltd. and STB Music Inc. (collectively "Defendants") filed a Notice of Removal in the above-captioned action in the United States District Court for the Southern District of New York. A copy of Defendants' Notice of Removal is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, upon the filing of Defendants' Notice of Removal with the Clerk of the United States District Court for the Southern District of New York,

and the filing and service of this Notice thereof, Defendants have effected removal and this Court "shall proceed no further unless and until the case remanded." 28 U.S.C § 1446(d).

Dated: February 9, 2022
      New York, New York

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Alan R. Friedman*
_____
Alan R. Friedman, Esq.
Philip Z. Langer, Esq.
101 Park Avenue, Suite 1700
New York, New York 10178
(212) 878-7900
afriedman@foxrothschild.com
planger@foxrothschild.com

*Counsel for Defendants*