USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                      :

SHAUNA MCKENZIE-MORRIS, et al.,     :

                                          Plaintiffs,  :          1:22-cv-1138-GHW

              -against-                   :             ORDER

V.P. RECORDS RETAIL OUTLET, INC., et al.,  :

                                    Defendants.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiffs' request for an adjournment of the conference scheduled for February 22, 2022, Dkt. No. 12, is granted. The conference is adjourned to March 15, 2022 at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The Court takes no position on the remainder of Plaintiffs' letter.

      Counsel for Defendants is directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

      SO ORDERED.

Dated: February 18, 2022

                                                            GREGORY H. WOODS
                                                             United States District Judge