```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   SHAUNA MCKENZIE-MORRIS, et al.,                            :
                                                              :
                                                              :
                                       Plaintiffs,            :
                                                              :           1:22-cv-1138-GHW
                    -against-                                 :
                                                              :                ORDER
   V.P. RECORDS RETAIL OUTLET, INC., et                       :
   al.,                                                       :
                                                              :
                                      Defendants.             :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2022

GREGORY H. WOODS, United States District Judge:

In response to Defendant's March 28, 2022 motion to dismiss, Dkt. No. 18, Plaintiff has amended her complaint pursuant to Rule 15(a)(1)(B). Accordingly, Defendant's motion to dismiss is denied as moot. Pursuant to the Court's Individual Rule 3(D), the deadline for Defendant to answer or otherwise respond to the amended complaint is May 10, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: April 19, 2022

_____
GREGORY H. WOODS
United States District Judge