```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                          :

SHAUNA MCKENZIE-MORRIS, et al.,    :

                                         Plaintiffs,  :               1:22-cv-1138-GHW

                           -against-              :                ORDER

V.P. RECORDS RETAIL OUTLET, INC., et al.,  :

                                    Defendants.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the conference held on August 31, 2022, Plaintiffs' motion for judicial notice, Dkt. No. 45, is DENIED.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 45.

    SO ORDERED.

Dated: September 1, 2022

                                                                       GREGORY H. WOODS
                                                                 United States District Judge