**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SHAUNA MCKENZIE-MORRIS and FREEMIND
MUSIC LLC,

                              Plaintiffs,

           v.

V.P. RECORDS RETAIL OUTLET, INC., V.P.
MUSIC GROUP, INC., V.P. RECORD
DISTRIBUTORS, LLC, V.P. RECORDS OF
BROOKLYN LLC, GREENSLEEVES
PUBLISHING, LTD and STB MUSIC INC.

                            Defendants.

**Civil Action No.: 1:22-cv-01138-GHW**

**DEFENDANTS' NOTICE OF**
**MOTION FOR RULE 11 SANCTIONS**

---

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated August 19, 2022, the Declaration of Alan R. Friedman, Esq. dated September 15, 2022, and the Exhibits annexed thereto, and upon all the pleadings and proceedings heretofore had herein, Defendants will move this Court, before the Honorable Gregory H. Woods of the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, at such time as counsel may be heard for an order awarding Defendants sanctions pursuant to Federal Rule of Civil Procedure 11.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the briefing schedule set in the Order filed September 13, 2022 [DN 52] service of Plaintiffs' opposition to the motion is due on no later than September 29, 2022 and service of Defendants' reply, if any, is due no later than October 6, 2022.

Dated: September 15, 2022                        Respectfully submitted,

                                                 **FOX ROTHSCHILD LLP**


                                                 _____
                                                 Alan R. Friedman, Esq.
                                                 Philip Z. Langer, Esq.
                                                 101 Park Avenue, Suite 1700
                                                 New York, New York 10178
                                                 (212) 878-7900
                                                 *Counsel for Defendants*