```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SHAUNA MCKENZIE-MORRIS, *et al.*,                              :
                                                               :
                                              Plaintiffs,      :    1:22-cv-1138-GHW
                                                               :
                   -v -                                        :    ORDER
                                                               :
V.P. RECORDS RETAIL OUTLET, INC., *et al.*,                    :
                                                               :
                                              Defendants.      :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Pursuant to the Court's October 31, 2022 order, counsel for Defendants has filed their fee submission connected to their motion for sanctions. *See* Dkt. No. 67. Should Plaintiffs' counsel wish to provide the Court with any information or argument regarding appropriate fees in this matter, she is directed to do so by no later than November 29, 2022. The Court notes that this order gives Plaintiffs' counsel an opportunity to provide additional information to the Court regarding *appropriate* fees; it does *not* represent an opportunity to relitigate the sanctions motion or the propriety of fees as a sanction. If Defendants wish to file a reply, it is due no later than one week from the date of service of Plaintiffs' filing.

SO ORDERED.

Dated: November 15, 2022
        New York, New York

                                                     _____
                                                             GREGORY H. WOODS
                                                          United States District Judge