```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SHAUNA MCKENZIE-MORRIS, :
:
                    Plaintiff(s), :      1:22-cv-1138-GHW
:
-v - :      <u>ORDER</u>
:
V.P. RECORDS RETAIL OUTLET, INC., :
:
                    Defendant(s). :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    This weekend, the Court received an email and attached letter from Plaintiff Morris explaining a request to change counsel. *See* Exhibit A (email); Exhibit B (attachment). The Court hereby schedules a conference for today, February 13, 2023, at 4:00 p.m. to discuss what, if any, action has been or needs to be taken in response to Plaintiff's communication. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.

    SO ORDERED.

Dated: February 13, 2023
       New York, New York

                                                    _____
                                                      GREGORY H. WOODS
                                                   United States District Judge