USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SHAUNA MCKENZIE-MORRIS, *et al.*,                              :
                                                               :
                                        Plaintiffs,            :     1:22-cv-1138-GHW
                                                               :
                -v -                                           :     ORDER
                                                               :
V.P. RECORDS RETAIL OUTLET, INC., *et al.*,                    :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed at the February 13, 2023 conference, the initial pretrial conference previously scheduled for February 15, 2023 is adjourned *sine die*. The parties are jointly directed to submit a letter by no later than February 27, 2023 proposing mutually acceptable dates and times in the following weeks for rescheduling of the initial pretrial conference.

SO ORDERED.

Dated: February 13, 2023
       New York, New York
                                                    _____
                                                         GREGORY H. WOODS
                                                        United States District Judge