```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
SHAUNA MCKENZIE-MORRIS, et al.,                                  :
                                                                 :
                                         Plaintiffs,             :    1:22-cv-1138-GHW
                                                                 :
                        -v -                                     :         ORDER
                                                                 :
V.P. RECORDS RETAIL OUTLET, INC., et al.,                        :
                                                                 :
                                         Defendants.             :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2023

GREGORY H. WOODS, United States District Judge:

    This order schedules a conference in this case for Wednesday, February 22, 2023 at 2:00 p.m. to take up the motion to withdraw as attorney. *See* Dkt. No. 93. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

    Finally, the individual Plaintiff in this case is directed to appear by telephone at this conference.

    SO ORDERED.

Dated: February 19, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge