```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAUNA MCKENZIE-MORRIS, et al.,         :
                                        :
                            Plaintiffs, :
            -against-                   :     1:22-cv-1138-GHW
                                        :
V.P. RECORDS RETAIL OUTLET, INC., et al.,:    ORDER
                                        :
                           Defendants.  :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2023

GREGORY H. WOODS, United States District Judge:

As discussed at the April 11, 2023 conference, Plaintiff Shauna McKenzie-Morris—now proceeding *pro se*—is directed to file and serve any amended complaint no later than April 26, 2023. The amendments in that amended complaint should be within the scope of what the Court discussed at the April 11 conference—that is, (a) to correct any factual inaccuracies in the prior complaint, (b) to remove claims pleaded by the corporate Plaintiff Freemind Music LLC, and/or (c) to narrow the scope of the complaint, if necessary, to comply with the Court's prior order concerning leave to amend. *See* Dkt. No. 75 at 25–26. Plaintiff McKenzie-Morris should also file, at the same time, a "legal blackline" version of that complaint that compares the Second Amended Complaint to the newly amended one.[1]

The Clerk of Court is directed to lift the stay on the docket of this case and to mail Plaintiff McKenzie-Morris a copy of this order (at the address listed in Dkt. No. 95).

SO ORDERED.

Dated: April 13, 2023

_____
GREGORY H. WOODS
United States District Judge

---

[1] As discussed at the conference, to the extent Ms. McKenzie-Morris needs assistance with the creation of a legal blackline, she may ask counsel for Defendants to create it by sending them the Microsoft Word versions of the Second Amended Complaint and her newly-created complaint, whereupon counsel for Defendants will create the legal blackline on her behalf.