```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAUNA MCKENZIE-MORRIS, et al.,            :
                                           :
                              Plaintiffs,  :
              -against-                    :    1:22-cv-1138-GHW
                                           :
V.P. RECORDS RETAIL OUTLET, INC., et al.,  :         ORDER
                                           :
                              Defendants.  :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2023

GREGORY H. WOODS, United States District Judge:

On April 19, 2023 Plaintiff Shauna McKenzie-Morris filed a motion for permission for electronic case filing. Dkt. No. 99. That motion is denied without prejudice, meaning that Ms. McKenzie-Morris can file it again later. The motion indicates that Ms. McKenzie-Morris did not complete the Court's CM/ECF introduction course "because it is full." *Id.* The Court understands that currently, the CM/ECF introduction course consists of videos that an applicant must watch, rather than in-person courses; to comply with the requirement, Ms. McKenzie-Morris will need to state on the motion for permission for electronic case filing that she has watched the relevant videos. For further assistance, Ms. McKenzie-Morris may call the ECF Help Desk at (212)-805-0800, extension 2.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 99.

SO ORDERED.

Dated: April 20, 2023

_____
GREGORY H. WOODS
United States District Judge