```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAUNA MCKENZIE-MORRIS,                      :
                                             :
                              Plaintiff,     :
              -against-                      :       1:22-cv-1138-GHW
                                             :
V.P. RECORDS RETAIL OUTLET, INC., et al.,    :           ORDER
                                             :
                              Defendants.    :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2023

GREGORY H. WOODS, United States District Judge:

On April 25, 2023, the Clerk's office received and posted to the docket multiple documents. First, it received a notice submitted by Plaintiff Shauna McKenzie-Morris dismissing the corporate Plaintiff Freemind LLC from this action. Dkt. No. 101.[1] Second, it received and posted Plaintiff McKenzie-Morris's third amended complaint and related exhibits. Dkt. No. 103. Finally, it received and posted a blackline between Plaintiff McKenzie-Morris's new complaint and her prior complaint. Dkt. No. 104.

As Plaintiff McKenzie-Morris has submitted her Third Amended Complaint in accordance with the Court's prior order, Defendants' deadline to answer or otherwise respond to that complaint is twenty-one days from April 25, 2023.

The Clerk of Court is directed to mail a copy of this order to Plaintiff at the address listed in Dkt. No. 95.

SO ORDERED.

Dated: April 26, 2023

_____
GREGORY H. WOODS
United States District Judge

---

[1] The Clerk of Court has acted upon that notice and terminated Plaintiff Freemind Music LLC from this action. The Court is aware that Plaintiff McKenzie-Morris did not intend to dismiss any Defendants through this notice, and no Defendants will be dismissed. *See* Dkt. No. 102.