```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAUNA MCKENZIE-MORRIS,                         :
                                                :
                                Plaintiff,      :
                -against-                       :     1:22-cv-1138-GHW
                                                :
V.P. RECORDS RETAIL OUTLET, INC., et al.,       :           ORDER
                                                :
                                Defendants.     :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2023

GREGORY H. WOODS, United States District Judge:

As discussed at the May 12, 2023 conference, Defendants' anticipated motion to dismiss the third amended complaint must be filed and served no later than June 1, 2023. Plaintiff's opposition must be filed and served no later than three weeks from the date of the filing and service of Defendants' motion; Defendants' reply, if any, must be filed and served no later than one week from the date of Plaintiff's opposition. In addition, for the reasons given at the conference, discovery remains stayed pending the briefing and resolution of Defendants' anticipated motion.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: May 12, 2023

_____
GREGORY H. WOODS
United States District Judge