```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHAUNA MCKENZIE-MORRIS,                             :
                                                    :
                          Plaintiff,                :
         -against-                                  :    1:22-cv-1138-GHW
                                                    :
V.P. RECORDS RETAIL OUTLET, INC., *et al.*,         :            ORDER
                                                    :
                          Defendants.               :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In order to assist the Court's evaluation of Defendants' fees application, *see* Dkt. No. 67, counsel for Defendants is ordered to send the spreadsheets calculating the fees requested through that application to the Court in native Excel format. *See* Dkt. No. 67 Ex. 1; Dkt. No. 72 Exs. 1–2. Counsel is ordered to send this information by no later than June 12, 2023 to the Court's email address at WoodsNYSDChambers@nysd.uscourts.gov.

     SO ORDERED.

Dated: June 9, 2023
                                      _____
                                            GREGORY H. WOODS
                                          United States District Judge