IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

VIA:ECF

| | |
|---|---|
| Shauna McKenzie-Morris | ) Case No. 1:22-cv-01138 |
| Plaintiff, vs. | ) |
| Greensleeves Publishing, Ltd. | ) |
| STB Music Inc. | ) |
| V.P. Music Group, Inc. | ) |
| V.P. Record Distributors, LLC V.P. | ) |
| Records Retail Outlet, Inc. | ) |
| V.P. Records of Brooklyn LLC | ) |
| Defendants | |

**PLAINTIFF'S FIRST REQUEST TO CONTINUE AS PRO SE**

Dear Honorable Jessica G. L. Clarke:

The first request for interrogatories and discovery was due on October 20eth, 2023. The defendants have sent me their interrogatories and request for documents and the defendants are in receipt of same from me by FedEx overnight and by email on the due date. After paying Mr. Verna his retainer, I cannot afford to retain another attorney at this time. I ask your permission to continue as pro se and continue the discovery as scheduled. I will, as soon as I am able to financially, continue my search for another attorney.

Application GRANTED. The discovery deadlines in ECF No. 150 are reinstated. The Clerk of Court is directed to terminate ECF No. 160.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 25, 2023
       New York, New York

Sincerely,

*[signature]*

Pro se Plaintiff

6805 West commercial Blvd., #104

Lauderhill Fl. 33319