UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUNA MCKENZIE-MORRIS,<br><br>      Plaintiff,<br><br>-against-<br><br>V.P. RECORDS RETAIL OUTLET, INC., et al.,<br><br>      Defendants. | 22-CV-1138 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The Court has received Defendants' motion for partial summary judgment (ECF No. 168), Plaintiff's opposition (ECF No. 202) and Defendants' reply (ECF No. 204). The Court has further received a reply from Plaintiff to Defendants' reply (ECF No. 206) and a response from Defendants to Plaintiff's reply (ECF NO. 208). The parties are hereby ORDERED not to file any additional responses with regarding to Defendants' motion for partial summary judgment.

Dated: January 29, 2024
    New York, New York

                     SO ORDERED.

                     *Jessica Clarke*

                     JESSICA G. L. CLARKE
                     United States District Judge