UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUNA MCKENZIE-MORRIS,

                Plaintiff,

-against-

V.P. RECORDS RETAIL OUTLET, INC., et al.,

                Defendants.

22-CV-1138 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    For the reasons stated on the record on April 18, 2024, the deadline for the completion of expert discovery (which is limited to Plaintiff's handwriting expert and any rebuttal), *see* ECF No. 150, is EXTENDED to **June 14, 2024**. Plaintiff's expert disclosures are due **May 3, 2024,** and Defendant's expert disclosures are due **May 17, 2024**.

    If Plaintiff seeks leave to amend her complaint to add an additional claim, she must make such a request to the Court in writing no later than **May 10, 2024**. Any opposition is due **May 24, 2024**, and Plaintiff's reply is due **May 31, 2024**.

    The Court will consider any requests to file counterclaims or amended pleadings alongside disposition of Defendants' partial motion for summary judgment (ECF No. 168).

Dated: April 18, 2024
       New York, New York

                              SO ORDERED.

                              */s/ Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge