UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUNA MCKENZIE-MORRIS,

                     Plaintiff,

-against-

V.P. RECORDS RETAIL OUTLET, INC., et al.,

                     Defendants.

22-CV-1138 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

       The Court construes Plaintiff's letter, ECF No. 244, as a motion for reconsideration of the Opinion at ECF No. 240. "It is well-settled that [a motion for reconsideration] is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple. Rather, the standard for granting a . . . motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." *Analytical Survs., Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012) (cleaned up)).

       Plaintiff has not pointed to any error in the Court's decision. The Court specifically considered and rejected the argument that the two-year window to object for each statement includes the "revolving balance carried forward." *See* ECF No. 244 at 1; *see also* ECF No. 240 at 14–16 ("Plaintiff cannot pursue claims based upon the balance that was carried forward in the royalty statements and for which her claims would otherwise be barred under the 2007 Recording Agreement Incontestability Clause.").

The Court also notes for Plaintiff's benefit that there is a *Pro Se* Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide advice in connection with this case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court. The Court attaches the Clinic's flyer to this Order, which provides more information about its services and how to contact the Clinic.

Dated: October 18, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.