UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUNA MCKENZIE-MORRIS,<br><br>                  Plaintiff,<br><br>-against-<br><br>V.P. RECORDS RETAIL OUTLET, INC., et al.,<br><br>                  Defendants. | 22-CV-1138 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

       For the reasons stated on the record at the parties' January 23, 2025 conference before this Court, Plaintiff's motion to exclude the rebuttal report of Defendants' proffered handwriting expert, Dr. Mohammad, is DENIED. However, to the extent applicable, the Court will permit Plaintiff's handwriting expert to testify regarding why she disagrees with Defendants' rebuttal report.

       In addition, regarding Plaintiff's disclosure of an expert audit report authored by Jay Mistry Consultancy (ECF No. 248-1), based on the parties' submissions and representations at the case management conference, the Court GRANTS the parties until **April 25, 2025** to conduct additional expert discovery solely with respect to this expert audit report and any forthcoming rebuttal report from Defendants. Defendants are to submit any rebuttal report by **March 25, 2025**. Plaintiff may also depose Mr. Mohammad during that time frame of expert discovery should she choose to do so. Any *Daubert* motions are due by **May 30, 2025.** The Court reiterates that expert discovery is *only* being extended for this purpose and that the Court will not re-open or extend expert discovery again barring extraordinary circumstances.

       Regarding the parties' pending motions (ECF Nos. 255, 257, 259, 268, and 270), the Court will rule on them at jointly at a later date by written order. After disposition of the motions, the Court will refer the parties to Magistrate Judge Ricardo for a settlement conference.

The parties are reminded, as stated at the conference, that they must seek leave from this Court by letter motion (not to exceed 3 pages) before filing any further motions other than *Daubert* motions. **Any motions filed without first satisfying this requirement will be denied.**

Finally, trial for this matter is set to begin on **August 4, 2025**. The Court has set aside one-week for trial. The final pre-trial conference will be held on **July 28, 2025 at 11 a.m.** in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The parties' Joint Pretrial Statement, motions in limine, and other submissions required by 1(e) and 1(f) of the Court's Individual Trial Rules and Procedures are due by **July 14, 2025**. Any opposition briefs are due by **July 21, 2025**.

The Clerk of Court is respectfully directed to terminate ECF No. 246.

Dated: January 23, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge