UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAUNA MCKENZIE-MORRIS,

                Plaintiff,

-against-

V.P. RECORDS RETAIL OUTLET, INC., et al.,

                Defendants.

22-CV-1138 (JGLC)

**ORDER GRANTING LIMITED SCOPE PRO BONO COUNSEL**

---

JESSICA G. L. CLARKE, United States District Judge:

    Before the Court is Plaintiff's application for the appointment of pro bono counsel for the limited purpose of representing her in settlement negotiations (including a settlement conference before a magistrate judge), and, if necessary, at trial (ECF No. 284). Having reviewed Plaintiff's request, the form that Plaintiff submitted at the Court's request regarding her financial status (ECF No. 286), and considering the proceedings to date, Plaintiff's request for the appointment of counsel for the limited purpose of settlement negotiations and trial is GRANTED.

    The Court advises Plaintiff that there are no funds to retain counsel in civil cases and the Court relies on volunteers. Due to a scarcity of volunteer attorneys, a potentially lengthy period of time may pass before counsel volunteers to represent Plaintiff. If an attorney volunteers, the attorney will contract Plaintiff directly. The Court requests that Plaintiff respond promptly to any outreach by a volunteer lawyer seeking to discuss possible pro bono representation. While the Court will employ its best efforts, there is ultimately no guarantee, however, that a volunteer attorney will decide to take the case, and in such circumstances, Plaintiff will have to proceed with the case *pro se*. Of course, if an attorney offers to take the case, it is entirely Plaintiff's decision whether to retain that attorney or not.

Dated: May 15, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge