UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUNA MCKENZIE-MORRIS,

                Plaintiff,

     -v-

V.P. RECORDS RETAIL OUTLET, INC., *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2025

**ORDER**

22-CV-1138 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated May 16, 2025, this case was referred to the undersigned for settlement. ECF No. 288.

A conference is scheduled on **June 6, 2025,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 985 585 178#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

**SO ORDERED.**

Dated: May 19, 2025
      New York, New York

                                                  Hon. Henry J. Ricardo
                                                  United States Magistrate Judge