UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2025
```

SHAUNA MCKENZIE-MORRIS,

            Plaintiff,

-v-

V.P. RECORDS RETAIL OUTLET, ET AL.,

           Defendants.

**ORDER**

22-CV-1138 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court was advised that Plaintiff has retained counsel for the limited purpose of representation in connection with a settlement conference. By **June 30, 2025**, counsel is directed to enter a limited scope appearance on the docket using the attached form, and to obtain admission to practice in this Court *pro hac vice* pursuant to Local Rule 1.3 if needed.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: June 9, 2025
       New York, New York

                                                  _____
                                                  Henry J. Ricardo
                                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____,

                Plaintiff,

   -v-

_____,

              Defendants.

**NOTICE OF LIMITED SCOPE APPEARANCE OF COUNSEL**

\_\_\_-CV-_____ (\_\_\_\_) (\_\_\_\_)

To the Clerk of Court and all parties of record:

    I hereby enter my appearance as counsel in this case on behalf of the [Plaintiff/Defendant], _____, for the limited purpose of providing advice and representation in settlement negotiations and settlement conference(s).

    I certify that I am admitted to practice in this Court.

Dated: _____

    _____

Signed: _____

    Name: _____
    Title: _____
    Firm/Organization: _____
    Address: _____
              _____
    Phone: _____
    Email: _____