```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUNA MCKENZIE-MORRIS,

           Plaintiff,

-v-

V.P. RECORDS RETAIL OUTLET, ET AL.,
           Defendants.

**ORDER**

22-CV-1138 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Mr. Philip Wild's Notice of Limited Scope Appearance dated June 30, 2025. ECF No. 309. In order to appear on behalf of Plaintiff in this Court, even for a limited scope representation, counsel must be admitted to practice in this Court either in full or *pro hac vice*. Mr. Wild certifies that he is admitted to practice in the State of New York but does not indicate that he is admitted to practice in this Court. Accordingly, Mr. Wild must obtain admission *pro hac vice* in order to practice in this Court, even in a limited scope.

    By **July 11, 2025**, Mr. Wild is directed to move for admission to practice in this Court *pro hac vice* pursuant to Local Rule 1.3.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: July 2, 2025
       New York, New York

                                            _____
                                            Henry J. Ricardo
                                            United States Magistrate Judge