UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUNA MCKENZIE-MORRIS,<br><br>                      Plaintiff,<br><br>-against-<br><br>V.P. RECORDS RETAIL OUTLET, INC., et al.,<br><br>                      Defendants. | 22-CV-1138 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff Shauna McKenzie-Morris, who is currently proceeding *pro se*, filed this action against Defendants V.P. Records Retail Outlet, Inc., V.P. Music Group, Inc., V.P. Record Distributors, LLC, V.P. Records of Brooklyn, LLC, Greensleeves Publishing, Ltd, and STB Music Inc. (collectively, "Defendants"), which are various record labels, distributors, and publishers. By order dated May 15, 2025, the Court approved Plaintiff's request for the appointment of pro bono counsel for the limited purpose of settlement negotiations and, if needed, trial. ECF No. 287. On June 30, 2025, Philip Wild entered an appearance on Plaintiff's behalf for settlement negotiations. ECF No. 309. The parties have been referred to Magistrate Judge Ricardo for settlement purposes, and will appear for a settlement conference on July 25, 2025. The Court is continuing to attempt to locate pro bono counsel for trial.

      In light of the continued efforts to locate trial counsel and the parties' impending pre-trial deadlines (*see* ECF No. 277), the parties are directed to confer and file a joint letter by **July 8, 2025**, indicating whether they wish to seek an extension, or stay, of the forthcoming pre-trial deadlines and the scheduled trial date. Doing so would, among other things, allow the Court

additional time to locate pro bono counsel, and allow the parties to focus on the upcoming settlement conference. Any adjournment of the trial date would be brief.

Dated: July 2, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge