UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUNA MCKENZIE-MORRIS,

            Plaintiff,

-v-

V.P. RECORDS RETAIL OUTLET, INC., *et al.*,

            Defendants.

**ORDER**

22-CV-1138 (JGLC) (HJR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2025

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference is scheduled on **July 17, 2025,** at **3:00 p.m.** by telephone to discuss the status of settlement efforts in advance of the July 25, 2025 Settlement Conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 221 943 47#).

    The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

**SO ORDERED.**

Dated: July 10, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge